

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Jacob Adam Joseph Smith,       * From the 142nd District Court
of Midland County,
Trial Court No. CR50490.

Vs. No. 11-19-00222-CR      * June 10, 2021

The State of Texas,      * Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court and the district clerk's bill of cost to delete the $7,000 court-appointed attorney's fees and the $3,381 court reporter's record fee. As modified, we affirm the judgment of the trial court.